[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s) Tommy Ortiz )
)
v. )
Lieutenant Delitz )
)
Defendant(s) Sheriff Jefferson )
)

FILED
FEB 11 2020 AC
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:20-cv-01033
**Judge Edmond E. Chang**
**Magistrate Jeffrey Cole**
**PC 7**

SM

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, Tommy Ortiz, declare that I am the (check appropriate box)
   ☒ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
   **(NOTE: This item must be completed.)**
   Joel Flaxman, 200 S. Michigan Ave, suite 201, Chicago, Illinois 60604.
   Loevy & Loevy, 311 N. Aberdeen St. 3rd Floor, Chicago, IL 60607

   but I have been unable to find an attorney because:
   They are too busy with current case load.

3. I declare that (check all that apply):
   (*Now*:)
   ☒ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☒ I *am* currently represented by an attorney requested by the Court in a federal criminal or <u>civil</u> case. The case is described on the back of this page.

   (*Earlier*:)
   ☐ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☒ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☒ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. ☐ I declare that my highest level of education is (check one):

   ☐ Grammar school   ☐ Some high school   ☐ High school graduate

   ☒ Some college     ☐ College graduate   ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check **only** if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program. (Check **only** if applicable.)

8. I declare under penalty of perjury that the foregoing is true and correct.

_Tommy Ortiz #20170720020_         _Cook County Jail, P.O. Box 089002_
Movant's Signature                  Street Address

_1-27-20_                           _Chicago, IL 60608_
Date                                City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| Case Name: | Ortiz v. Epperson et al. | Case No.: | 18-CV-03385, ND IL |
|---|---|---|---|
| Attorney's Name: | William J. Serritella Jr. | The case is still pending: | Yes X  No ___ |
| The appointment was limited to settlement assistance: | Yes ___ No X | | |
| Case Name: | Tommy Ortiz v. Leo Meyer | Case No.: | N.A. |
| Attorney's Name: | Ruben Castillo | The case is still pending: | Yes ___ No X |
| The appointment was limited to settlement assistance: | Yes ___ No X | | |
| Case Name: | | Case No.: | |
| Attorney's Name: | | The case is still pending: | Yes ___ No ___ |
| The appointment was limited to settlement assistance: | Yes ___ No ___ | | |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# Taft/

**William J. Serritella, Jr.**
Direct Dial: (312) 840-4396
E-Mail: wserritella@taftlaw.com

111 East Wacker Drive, Suite 2800 / Chicago, Illinois 60601
Tel: 312.527.4000 / Fax: 312.527.4011
www.taftlaw.com

Reference No. OR040 PB001

September 11, 2019

EF 240 455 076 US

Mr. Tommy Ortiz (Booking No. 20170720030)
P.O. Box 089002
Chicago, Illinois 60608

Re: *Ortiz v. Epperson et al.*
Case No. 18-cv-03385, N.D. Ill.

Dear Mr. Ortiz,

    I have been appointed by the Court to represent you in the above captioned matter. I, along with two other attorneys at my firm, are currently reviewing all of the pleadings and documents that have been filed to date. The Court has set a status date for October 15, 2019, at 9:30 a.m. We will appear on your behalf on that date. We would like to meet with you during the week of September 23, 2019 in advance of the status hearing.

Sincerely,

TAFT STETTINIUS & HOLLISTER LLP

William J. Serritella, Jr.

WJS:ALY
25842607.1

Taft Stettinius & Hollister LLP     Chicago / Cincinnati / Cleveland / Columbus / Dayton / Indianapolis / Northern Kentucky / Phoenix

———— LAW OFFICES ————
# KENNETH N. FLAXMAN P.C.

November 20, 2019

Tommy Ortiz
20170720030
P.O. Box 089002
DIV08-3F-D4-3_X
Chicago, Illinois 60608

*Re: Your Letters*

Dear Mr. Ortiz:

Thanks for responding to my letter. I have reviewed your letters and some material about your case from the Jail. Unfortunately, my firm is too busy to represent you. This is not because your claims lack merit, but rather because we are completely overloaded with other work.

If you decide to ask a court to recruit a lawyer for you, you may submit this letter to the court to demonstrate that you have tried to get a lawyer yourself.

Sincerely,

Joel Flaxman

**Kenneth N. Flaxman**  (312) 253-7189  knf@kenlaw.com    **Joel A. Flaxman**  (312) 253-7207  jaf@kenlaw.com

200 South Michigan Ave, Suite 201, Chicago, Illinois 60604 • T:(312) 427-3200 • F:(312) 427-3930 • www.kenlaw.com